[No. 6947–4–II.   Division Two.   June 8, 1983.]

*In the Matter of the Welfare of*
SAMANTHA PELOSI, ET AL.

Appeal from a judgment of the Superior Court for Pierce County, No. 85518, Paul M. Boyle, J. Pro Tem., entered March 10, 1983. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrie and Reed, JJ.

[Nos. 5440–0–II; 6223–2–II.   Division Two.   June 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
OATTS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
MILLER, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 58482, Nile E. Aubrey, J., entered March 18, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5643–7–II.   Division Two.   June 8, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
W. BURGESS, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–1039, Gerry L. Alexander, J., entered April 20, 1981. *Affirmed as modified* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.